EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re: Miguel a. Montalvo Delgado | 2017 TSPR 76 198 DPR \_\_\_\_ |

Número del Caso: TS-10,202

Fecha: 10 de abril de 2017

Abogado de la Peticionaria:

      Lcdo. Mario Rodríguez Torres

Oficina de Inspección de Notarías:

      Lcdo. Manuel Avila de Jesús
      Director

Materia: Reinstalación al ejercicio de la notaría

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO


In re:


Miguel A. Montalvo Delgado          TS-10,202


RESOLUCIÓN


En San Juan, Puerto Rico, a 10 de abril de 2017.

Examinado el *Informe final sobre el estado de la obra notarial incautada* presentado por el Director de la Oficina de Inspección de Notarías, así como la *Moción solicitando reinstalación a la notaría* presentada por el Lcdo. Miguel A. Montalvo Delgado, se le reinstala a la práctica de la notaría.

Se ordena al Archivo General de Protocolos del Distrito correspondiente que, al solicitárselo el notario, le haga entrega de sus protocolos. Así también, se exhorta al licenciado Montalvo Delgado a dar fiel cumplimiento en el futuro a la Ley Notarial de Puerto Rico, 4 LPRA sec. 2001 *et seq.*, y su Reglamento, 4 LPRA Ap. XXIV.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.


                    Juan Ernesto Dávila Rivera
                  Secretario del Tribunal Supremo